IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| POWERMATE HOLDING CORP., | : | Case No. 08-10498 (KG) |
| a Delaware corporation, et al.,[1] | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | (Related Doc. D.I. 319) |
|  | : |  |
|  | : | Hearing Date: July 15, 2008 at 10:00 a.m. (ET) |
|  | : | Objection Deadline: June 30, 2008 |

RESPONSE OF CITY OF KEARNEY TO DEBTORS' MOTION FOR ORDER EXTENDING THE DEADLINE PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

The City of Kearney respectfully requests that this Court deny the debtors' motion for an order extending the deadline to assume or reject an unexpired lease of nonresidential real property identified in debtors' moving papers as "Kearney Lease". In support of this request, the City of Kearney states as follows:

1. According to debtors' moving papers, on April 10, 1995, the City of Kearney entered into a lease agreement with Coleman Powermate, Inc. (hereinafter " Kearney Lease"). Pursuant to the Kearney Lease, pertinent portions of which are attached at Exhibit A, Coleman Powermate, Inc. held itself out to be a Nebraska corporation. A check of Nebraska corporate records suggests that Coleman Powermate, Inc. does not exist.

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Powermate Holding Corp. (6385); Powermate Corporation (7482) and Powermate International, Inc. (6105). The address for each of the debtors is 3901 Liberty Street, Aurora, IL 60504.

2. The petition filed by Powermate Corporation, Case No. 08-10499 (D.I. 1), sets forth that it was previously known by the name Coleman Powermate, Inc. but nothing further has been provided. Even if such a corporate entity ever existed and a valid lease were formed, a question exists whether this Court has jurisdiction as no documents have been supplied by the debtors to show what relationship, if any, exists between the debtors and Coleman Powermate, Inc.

3. Even if it were determined that jurisdiction exists, the debtors have not demonstrated sufficient "cause" to justify a request for an extension to assume or reject the lease. 11 U.S.C. § 365(d)(4)(A)(court may extend the period determined under subparagraph (A) prior to expiration of 120-day period for 90 days on motion of for "cause"). The cause proffered by the debtors in their moving papers point to their obligation to Pramac, under the Asset Purchase Agreement, approved by this Court, to pursue the debtors' rights to ensure an extension of the Kearney Lease through the "Transition Period" (as defined in the Asset Purchase Agreement). The City of Kearney, however, is willing to voluntarily permit an extension of the Kearney Lease for the duration of the Transition Period. Given this voluntary extension, the debtors' obligation under the contract and the proffered cause offered in their moving papers are moot and there is no cause to extend the statutory deadline.

4. Finally, an extension of the debtors' time to assume or reject the Kearney Lease is unnecessary in light of an agreement reached between Powermate Corporation and PRAMAC America, LLC. This agreement, set forth in a document entitled "Assumption and Assignment Agreement", dated June 26, 2008, assigns the Kearney Lease to PRAMAC America, LLC. To the extent the debtors have obligated themselves to assume the lease and to the extent they have standing to do so, there is no cause to extend the deadline any further.

**NOTICE**

5.      Notice of this Motion has been provided to: (i) the Office of the United States Trustee; (ii) counsel to the Committee; and (iii) all parties entitled to notice under Local Rule 2002-1(b). In light of the nature of the relief requested herein, the City of Kearney submits that no other or further notice is necessary.

WHEREFORE, the City of Kearney respectfully requests entry of an order in the form attached hereto denying the debtors' motion for an extension of the assumption/rejection period with respect to the Kearney Lease.

                            CASARINO CHRISTMAN SHALK
                            RANSOM & DOSS, P.A.

                            /s/ Donald M. Ransom
                            Donald M. Ransom, Esq.
                            Del. Bar ID No. 2626
                            Sarah C. Brannan, Esq.
                            Del. Bar ID No. 4685
                            800 N. King Street, Suite 200
                            P.O. Box 1276
                            Wilmington, DE 19899
                            (302) 594-4500
                            Attorney for City of Kearney, Nebraska, an interested party