**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Powermate Corporation          Bank: Citizens

Bankruptcy Number: 08-10498                   Account Number: 1322038853

Date of Confirmation: 10/16/2009              Account Type: Checking

Reporting Period (month/year):                April 1, 2013 through June 30, 2013

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 351,493.02 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | - |
| Collection of Accounts Receivable: | $ | - |
| Proceeds from Litigation (settlement or otherwise): | $ | - |
| Other: | $ | - |
| Capital Infusion pursuant to the Plan: | $ | - |
| Total of cash received: | $ | - |

| | | |
|---|---|---|
| Total of cash available: | $ | 351,493.02 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 3,523.22  (1) |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 24,835.14 |
| All other disbursements made in the ordinary course: | $ | 14,105.80 |
| Total Disbursements | $ | 42,464.16 |
| Ending Bank Balance | $ | 309,028.86 |

(1) Disbursements made under the plan represent the distributions that cleared (not the amount disbursed)

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/28/2013            _____
Date                 Timothy D. Boates - Plan Administrator

Debtor: Powermate Corporation

Case Number: 08-10498

|  | Month |  |
|---|---:|---|
| **ASSETS** |  |  |
| Cash (Unrestricted) | 309,029 |  |
| Cash (Restricted) | 0 |  |
| Accounts Receivable (Net) | 0 |  |
| Inventory | 0 |  |
| Notes Receivable | 0 |  |
| Prepaid Expenses (Professional Retainers) | 32,000 |  |
| Other (Attach List) | 0 |  |
| Total Current Assets | 341,029 |  |
| **Property, Plant & Equipment** |  |  |
| Real Property & Improvements | 0 |  |
| Machinery & Equipment | 0 |  |
| Furniture, fixtures & Office Equipment | 0 |  |
| Vehicles | 0 |  |
| Leasehold Improvements | 0 |  |
| Less: Accumulated Depreciation/Depletion | 0 |  |
| Total Property, Plant & Equipment | 0 |  |
| Due from Affiliates & Insiders | 0 |  |
| Other (Attach List) | 0 |  |
| Total Assets | 341,029 |  |
|  |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** |  |  |
| Accounts Payable | 0 |  |
| Taxes Payable | 0 |  |
| Notes Payable | 0 |  |
| Professional Fees | 10,000 |  |
| Secured Debt | 0 |  |
| Due to Affiliates & Insiders | 0 |  |
| Other (Attach List) | 0 |  |
| Total Postpetition Liabilities | 10,000 |  |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** |  |  |
| Secured Debt - Per Plan | 0 | (1) |
| Priority Debt - Per Plan | 0 | (1) |
| Unsecured Debt - Per Plan | 38,350,000 | (2) |
| Other (Attach List) - Per Plan | 0 |  |
| Total Pre-petition Liabilities | 38,350,000 |  |
| Total Liabilities | 38,360,000 |  |
| **Equity** |  |  |
| Common Stock |  |  |
| Retained Earnings (Deficit) | -38,018,971 |  |
| Total Equity (Deficit) | -38,018,971 |  |
| Total Liabilities & Owners' Equity | 341,029 |  |
|  |  |  |
| (1) All Secured & Priority Claims have been paid |  |  |
| (2) Unsecured amount represents gross claims less first distribution |  |  |

POWERMATE
CASH SUMMARY
April 1, 2013 through June 30, 2013

|  | TOTAL |
|---|---:|
| Beginning Balance | $ 351,493 |
| Receipts | - |
| Disbursements | 42,464 |
| Ending Bank Balance | $ 309,029 |