**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| POWERMATE HOLDING CORP., | : | Case No. 08-10498 (KG) |
| a Delaware corporation, <u>et al.</u>,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 21, 2013 AT 11:00 A.M.**

**\*THIS HEARING HAS BEEN CANCELLED
AS THERE ARE NO MATTERS GOING FORWARD.\***

Dated:  October 17, 2013          **POLSINELLI PC**
             Wilmington, Delaware

                                             */s/  Justin K. Edelson*
                                             Christopher A. Ward (No. 3877)
                                             Justin K. Edelson (No. 5002)
                                             222 Delaware Avenue, Suite 1101
                                             Wilmington, Delaware 19801
                                             (302) 252-0920 (Telephone)
                                             (302) 252-0921 (Facsimile)
                                             cward@polsinelli.com
                                             jedelson@polsinelli.com

                                             *COUNSEL TO THE POST-EFFECTIVE DATE COMMITTEE*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Powermate Holding Corp. (6385); Powermate Corporation (7482) and Powermate International, Inc. (6105). The address for each of the Debtors is 3901 Liberty Street, Aurora, IL 60504.

46313041.1