IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| POWERMATE HOLDING CORP., | : | Case No. 08-10498 (KG) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Hearing Date:  To Be Determined** |
| | : | **Objection Deadline:  March 24, 2014 at 4:00 p.m. (ET)** |
| ------------------------------------------------------------ x | | |

## NOTICE OF MOTION

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;  (II) COUNSEL TO THE POST-EFFECTIVE DATE COMMITTEE; AND (III) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B)

PLEASE TAKE NOTICE that the above-captioned reorganized debtors (collectively, the "Debtors") have filed the attached **DEBTORS' MOTION TO FURTHER EXTEND THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the relief requested in the Motion must be filed on or before **March 24, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any response or objection on the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON A DATE TO BE DETERMINED BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Powermate Holding Corp. (6385); Powermate Corporation (7482) and Powermate International, Inc. (6105).  The address for each of the Debtors is 689 Main Street, Box 353, Walpole, MA  02081.

01:11305151.6

**PLEASE TAKE FURTHER NOTICE THAT** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
March 10, 2014

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Plan Administrator