IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                                          : Chapter 11
                                                                :
POWERMATE HOLDING CORP.,                                        : Case No. 08-10498 (KG)
a Delaware corporation, et al.,[1]                              :
                                                                : Jointly Administered
                       Debtors.                                 :
                                                                  Ref. Docket No. 1788

---

### ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027

Upon consideration of the motion of the debtors in the above-captioned cases (collectively, the "Debtors") for the entry of an order pursuant to 28 U.S.C. § 1452 and rules 9006 and 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") extending the time within which the Debtors may file notices of removal of the State Court Actions and related proceedings; and it appearing that the Court has jurisdiction over this matter; and due and adequate notice of the Motion[2] having been given and no other or further notice being necessary; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates, creditors and other parties in interest; and after due deliberation and sufficient cause appearing thereof, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Powermate Holding Corp. (6385); Powermate Corporation (7482) and Powermate International, Inc. (6105). The address for each of the Debtors is 689 Main Street, Box 353, Walpole, MA 02081.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. Pursuant to Bankruptcy Rule 9006, the Current Deadline to file notices of removal of any and all civil actions pending as of the Petition Date is extended through and including July 18, 2014.

3. This Order shall be without prejudice to the Debtors' right to seek a further extension or extensions of the time within which to file notices of removal of actions and related proceedings upon motion filed with the Court.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       April 11, 2014

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE